# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 01-169 |
| v. | : CIVIL NO. 09-1318 |
| | : |
| MARCELLAS HOFFMAN | : |

## ORDER

**AND NOW**, this   30th   day of October, 2009, upon consideration of Petitioner, Marcellas Hoffman's, Motion to Vacate, Set Aside or Correct Sentence (Doc. No. 240), and the Response in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

There is no probable cause to issue a certificate of appealability.


BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE