## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 01-169-02 |
| v. : | |
| MARCELLAS HOFFMAN : | |

### ORDER

**AND NOW**, this 14th day of October, 2011, upon consideration of Petitioner, Marcellas Hoffman's ("Hoffman"), Motion for Relief from Judgment (Doc. No. 269), and the Response in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.  It is further **ORDERED** that Hoffman's Motion for Leave to File a Reply Brief (Doc. No. 274) is **DENIED** as moot.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE