IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARCELLAS HOFFMAN,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 01-169 |

### ORDER

**AND NOW**, this 15th day of June 2021, upon consideration of Defendant Marcellas Hoffman's pro se Motion to Compel the Government to Produce the Requested Discovery (Doc. No. 328), pro se Letter Request for Production of Discovery by the Government (Doc. No. 329), pro se Second Motion to Compel the Government to Produce Brady Evidence and the Personnel Files of Law Enforcement Officers Involved in the Case (Doc. No. 330), the Government's Response in Opposition to Defendant's Motions (Doc. No. 332), Defendant's Reply to the Government's Response in Opposition (Doc. No. 338), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's pro se Motion to Compel the Government to Produce the Requested Discovery (Doc. No. 328), pro se Letter Request for Production of Discovery by the Government (Doc. No. 329) and pro se Second Motion to Compel the Government to Produce Brady Evidence and the Personnel Files of Law Enforcement Officers Involved in the Case (Doc. No. 330) are **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.