IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| MARCELLAS HOFFMAN, | NO. 01-169 |
| Defendant. | |

## ORDER

**AND NOW**, this 6th day of July 2021, upon consideration of Defendant Marcellas Hoffman's Motion for Compassionate Release (Doc. No. 321), the Government's Response to Defendant's Motion (Doc. No. 333), and Defendant's Reply to the Government's Response (Doc. No. 339), it is **ORDERED** that Defendant's Motion for Compassionate Release (Doc. No. 321) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky\_\_\_\_\_
JOEL H. SLOMSKY, J.