IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MARCELLAS HOFFMAN,

Defendant.

CRIMINAL ACTION
NO. 01-169

## ORDER

**AND NOW**, this 1st day of April 2022, upon consideration of Defendant Marcellas Hoffman's <u>Pro Se</u> Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 312) and the Government's Response in Opposition (Doc. No. 314), it is **ORDERED** that the Motion (Doc. No. 312) is **DENIED.** A certificate of appealability will not be issued in this case because Defendant has failed to make a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1