IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCELLAS HOFFMAN,<br><br>           Defendant. | CRIMINAL ACTION<br>NO. 01-169 |

### **ORDER**

**AND NOW**, this 26th day of May 2022, upon consideration of Defendant Marcellas Hoffman's pro se "Statement of Evidence Under Rule 10(c)" (Doc. No. 388), the Order from the Third Circuit Court of Appeals (Doc. No. 400), the Government's Statement of Evidence (Doc. No. 392), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the following corrections shall be made to the June 7, 2021 Resentencing Hearing Transcript (Doc. No. 381) and be made part of the record on appeal:

1) On page 17, 19, 20, and 21 of the Transcript, the words "nine" or "nines" should be changed to the word "analysis".

2) On page 20, lines 1 and 2, and on page 21, line 1 of the Transcript, the word "price" should be changed to the word "priors".

3) On page 20, line 22 of the Transcript, the phrase "I'm representing myself" should be added after the phrase "Excuse me".

4) On page 46, line 5 of the Transcript, the word "relief" should be changed to "Rehaif".

5) On page 78, lines 3 and 5 of the Transcript, the word "robbed" should be changed to the word "arrived".

1

6) Defendant's other requested modifications and corrections to the Transcript are **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.
