IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCELLAS HOFFMAN,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 01-169 |

**ORDER**

**AND NOW**, this 20th day of October 2026, upon consideration of Defendant Marcellus Hoffman's pro se Motion to Recuse the Honorable Joel H. Slomsky under 28 U.S.C. § 144 or 28 U.S.C. § 455 (Doc. Nos. 468, 473), the Government's Response in Opposition to Defendant's Motion for Recusal (Doc. No. 469), and Defendant's three Replies to the Government's Response to Defendant's Motion for Recusal (Doc. Nos. 475, 477, 478), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion to Recuse the Honorable Joel H. Slomsky is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.